UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 15654
    BRIAN Q GASTON
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX


          Debtor
    SSN XXX-XX-5145
```

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/21/2004 and was confirmed 06/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  51.43% from remaining funds.

    The case was paid in full 07/14/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 121082.16 | .00 | 121082.16 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 7878.65 | .00 | 7878.65 |
| WILSHIRE CREDIT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED NOT I | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 484.61 | .00 | 249.24 |
| CITY OF CHICAGO PARKING | UNSECURED | 200.00 | .00 | 102.86 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 349.92 | .00 | 180.12 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 561.30 | .00 | 288.69 |
| ECAST SETTLEMENT CORP | UNSECURED | 769.50 | .00 | 395.77 |
| SHERMAN ACQUISITION | UNSECURED | 300.55 | .00 | 154.58 |
| US DEPT OF EDUCATION | UNSECURED | 38226.64 | .00 | 19660.73 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 8,757.20 |
| DEBTOR REFUND | REFUND | | | 1,650.00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------
| TRUSTEE | 160,400.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 128,960.81 |
| UNSECURED | | 21,031.99 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 8,757.20 |
| DEBTOR REFUND | | 1,650.00 |
|  | --------------- | --------------- |

          PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 15654 BRIAN Q GASTON

```
TOTALS                          160,400.00              160,400.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


      Dated: 10/29/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE